# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 10, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127856

PINE OAKS, L.L.C.,
        Plaintiff-Appellant,

V

        SC:  127856
        COA:  249163
        Ottawa CC:  02-44620-CH

DANNY DEVRIES AND JAYNE DEVRIES,
        Defendants-Appellees.

_____

    On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of the application is considered and the application for leave to appeal is DISMISSED with prejudice and without costs.



    I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2006

_____
Clerk